IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ROBERT JEFFERY, on behalf of himself and all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action File No. |
| JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM, | * * * | 4:17-cv-00029-WTM-GRS |
| Defendant. | * * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Robert Jeffrey and Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm [herein after referred to as "Lexington Law Firm"], pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that Lexington Law Firm only be dismissed with prejudice from the above-captioned civil action with each party to bear its own costs and fees.

Respectfully submitted,

ROBERT JEFFREY                      JOHN C. HEATH, ATTORNEY AT LAW,
                                    PLLC d/b/a LEXINGTON LAW FIRM

By:  /s/ James M. Feagle            By:  /s/ Kirby G. Mason

James M. Feagle (No. 256916)  
S<small>KAAR</small> & F<small>EAGLE</small>, LLP  
2374 Main Street, Suite B  
Tucker, GA 30084  
Telephone: (404) 373-1970  
Facsimile: (404) 601-1855  
jfeagle@skaarandfeagle.com  

*Attorney for Plaintiff*

Kirby G. Mason (No. 302310)  
H<small>UNTER</small>, M<small>ACLEAN</small>, E<small>XLEY</small> & D<small>UNN</small>, P.C.  
200 E. Saint Julian Street  
Post Office Box 9848  
Savannah, GA 31412-0048  
Telephone: (912) 236-0261  

*Attorney for Defendant*  
*John C. Heath, Attorney at Law,*  
*PLLC d/b/a Lexington Law Firm*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted,

            SKAAR & FEAGLE, LLP

            /s/ James M. Feagle
            James M. Feagle
            Georgia Bar No. 256916
            2374 Main Street, Suite B
            Tucker, GA 30084
            Telephone: (404) 373-1970
            Facsimile: (404) 601-1855
            jfeagle@skaarandfeagle.com

            *Attorney for Plaintiff*