IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT JEFFERY, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM,<br><br>  Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action File No.<br><br>4:17-cv-00029-WTM-GRS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Robert Jeffrey and Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm be dismissed with prejudice with each party to bear its own costs and fees.

Respectfully submitted,

ROBERT JEFFREY

JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM

By: /s/ James M. Feagle
James M. Feagle (No. 256916)
SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855
jfeagle@skaarandfeagle.com

*Attorney for Plaintiff*

By: /s/ Kirby G. Mason
Kirby G. Mason (No. 302310)
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261

*Attorney for Defendant*
*John C. Heath, Attorney at Law,*
*PLLC d/b/a Lexington Law Firm*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted,

        SKAAR & FEAGLE, LLP

        /s/ James M. Feagle
        James M. Feagle
        Georgia Bar No. 256916
        2374 Main Street, Suite B
        Tucker, GA 30084
        Telephone: (404) 373-1970
        Facsimile: (404) 601-1855
        jfeagle@skaarandfeagle.com

        *Attorney for Plaintiff*